# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-7034**  **September Term, 2006**
02mc00435

**Filed On: July 24, 2007** [1055791]

Elena Sturdza,
      Appellant

    v.

United Arab Emirates, et al.,
      Appellees

## O R D E R

Upon consideration of appellant's motion hold proceedings in abeyance pending lower court decision and appellant's motion to extend time to file motion for leave to proceed on appeal in forma pauperis, it is

**ORDERED** that the motion to hold proceedings in abeyance be dismissed as moot. Following the district court's denial of appellant's third motion to reconsider the denial of her application to proceed in district court in forma pauperis, the district court entered a final order, dismissing the case for failure to prosecute. It is

**FURTHER ORDERED**, on the court's own motion, that by August 24, 2007, appellant either pay the $455 appellate docketing and filing fees to the Clerk of the District Court, see Fed.R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion for leave to proceed on appeal in forma pauperis in this court. Failure to comply with this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first-class mail.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Deputy Clerk/LD