# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7034**  September Term, 2007

02mc00435

Filed On: October 23, 2007

[1075040]

Elena Sturdza,
       Appellant

    v.

United Arab Emirates, et al.,
       Appellees

**BEFORE**:    Ginsburg, Chief Judge, and Tatel and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to file ex parte a motion for leave to file in forma pauperis; and the motion to extend time to file a motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to file ex parte a motion for leave to file in forma pauperis be denied. Appellant has shown no basis to warrant the extraordinary relief she requests. See Johnson v. Greater Southeast Community Hospital Corp., 951 F.2d 1268, 1277 (D.C. Cir. 1991) (emphasizing the "strong presumption in favor of public access to judicial proceedings"). See also Wolfe v. Graham, No. 95-7137 (D.C. Cir. Dec. 22, 1995) (denying motion to seal motion for leave to proceed in forma pauperis). It is

**FURTHER ORDERED** that the motion to extend time to file a motion for leave to proceed in forma pauperis be granted. Appellant is directed to file her motion for leave to proceed in forma pauperis within 30 days of the date of this order. Failure to comply with this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first-class mail.

**Per Curiam**