# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7034**          **September Term, 2007**

**02mc00435**

**Filed On: January 7, 2008** [1090600]

Elena Sturdza,
        Appellant

    v.

United Arab Emirates, et al.,
        Appellees


**BEFORE**:    Ginsburg, Chief Judge, and Tatel and Kavanaugh, Circuit Judges

### O R D E R

Upon consideration of appellant's motion for reconsideration (styled as "renewed motion for permission to file 'ex parte' the motion for leave to proceed on appeal in forma pauperis"), it is

**ORDERED** that the motion be denied. The Clerk is directed to file the lodged motion for leave to proceed in forma pauperis.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

        BY:

                              Deputy Clerk/LD