# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7034**                                    **September Term, 2006**

                                                   **02mc00435**

                               **Filed On: May 2, 2007** [1038113]

Elena Sturdza,
      Appellant

    v.

United Arab Emirates, et al.,
      Appellees


## O R D E R

Because appellant has not paid the appellate docketing fee in this case, it is

**ORDERED**, on the court's own motion, that by June 1, 2007, appellant either pay the $455 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion for leave to proceed on appeal in forma pauperis in this court.

Appellant's failure to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first-class mail.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                     BY:

                                              MaryAnne McMain
                                               Deputy Clerk

Attachments:
      (1)    Motion for Leave to Proceed on Appeal In Forma Pauperis

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

_____          USCA No. _____

v.

_____          USDC No. _____


**MOTION FOR LEAVE TO PROCEED
ON APPEAL IN FORMA PAUPERIS**

I, _____, declare that I am the
☐ appellant/petitioner  ☐ appellee/respondent in the above-entitled proceeding.  In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor.  My affidavit or sworn statement is attached.


I believe I am entitled to relief.  The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court.  You may continue on the other side of this sheet if necessary.*)




Signature _____
Name of *Pro Se* Litigant (PRINT) _____
Address _____
_____
Submit original with a certificate of service to:

        Clerk of Court
        United States Court of Appeals
         for the District of Columbia Circuit
        E. Barrett Prettyman U.S. Courthouse, Room 5423
        333 Constitution Avenue, N.W.
        Washington, DC 20001

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

_____          USCA No. _____

v.

_____          USDC No. _____

**AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS**

.........................................................................................

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Signed:** _____    **Date:** _____

.........................................................................................

**My issues on appeal are:**

[USCADC Form 53a (Rev. Jul 2006)]                    Page 1

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $_____ | $_____ | $_____ | $_____ |
| Self-employment | $_____ | $_____ | $_____ | $_____ |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | $_____ | $_____ | $_____ | $_____ |
| Interest and dividends | $_____ | $_____ | $_____ | $_____ |
| Gifts | $_____ | $_____ | $_____ | $_____ |
| Alimony | $_____ | $_____ | $_____ | $_____ |
| Child support | $_____ | $_____ | $_____ | $_____ |
| Retirement (such as social security, pensions, annuities, insurance) | $_____ | $_____ | $_____ | $_____ |
| Disability (such as social security, insurance payments) | $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ | $_____ | $_____ |
| Total monthly income: | $_____ | $_____ | $_____ | $_____ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. How much cash do you and your spouse have? $_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)         Other real estate (Value)         Motor vehicle #1 _____(Value)
_____         _____             Make & year: _____
_____         _____             Model: _____
_____         _____             Registration #._____

Motor vehicle #2 _____(Value)    Other Assets (Value)       Other Assets (Value)
Make & year: _____        _____           _____
Model: _____         _____           _____
Registration #._____        _____           _____

[USCADC Form 53a (Rev. Jul 2006)]                Page 3

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

8. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |

Are real-estate taxes included?   [ ] Yes   [ ] No
Is property insurance included?   [ ] Yes   [ ] No

|  | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |

[USCADC Form 53a (Rev. Jul 2006)]                    Page 4

|  | You | Spouse |
|---|---|---|
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |
| Transportation (not including motor vehicle payments) | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $_____ |
| Insurance (not deducted from wages or included in mortgage payments) | $_____ | $_____ |
|   Homeowner's or renter's | $_____ | $_____ |
|   Life | $_____ | $_____ |
|   Health | $_____ | $_____ |
|   Motor Vehicle | $_____ | $_____ |
|   Other: _____ | $_____ | $_____ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $_____ | $_____ |
| Installment payments | $_____ | $_____ |
|   Motor Vehicle | $_____ | $_____ |
|   Credit card (name): _____ | $_____ | $_____ |
|   Department store (name): _____ | $_____ | $_____ |
|   Other: _____ | $_____ | $_____ |
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ |
| Total monthly expenses: | $_____ | $_____ |

[USCADC Form 53a (Rev. Jul 2006)]

Page 5

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?    [ ] Yes    [ ] No

If yes, describe on an attached sheet.

11. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?    [ ] Yes    [ ] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

12. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?    [ ] Yes    [ ] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

14. State the address of your legal residence.
_____
_____
_____

Your daytime phone number: (____) _____
Your age: _____ Your years of schooling: _____
Your social-security number: _____

USCA Case #07-7034 Document #1038113 Filed: 05/02/2007 Page 9 of 9

[USCADC Form 53a (Rev. Jul 2006)]