# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7034**  September Term, 2007

02mc00435

Filed On: February 7, 2008

[1097725]

Elena Sturdza,
      Appellant

    v.

United Arab Emirates, et al.,
      Appellees

**BEFORE**:    Ginsburg, Chief Judge, and Randolph and Tatel, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion be granted. It is

**FURTHER ORDERED**, on the court's own motion, that appellant show cause, within 30 days of the date of this order, why the district court's orders filed December 20, 2006, and January 11, 2007, should not be summarily affirmed. The response to the order to show cause may not exceed 20 pages. Failure to comply with this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send the order to appellant by certified mail, return receipt requested, and by first class mail.

**Per Curiam**