# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 07-7034**  **September Term 2007**

**02mc00435**

**Filed On:** May 19, 2008

Elena Sturdza,

    Appellant

    v.

United Arab Emirates, et al.,

    Appellees

    **BEFORE:**    Garland, Brown, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the court's February 7, 2008 order to show cause, and the response thereto, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the district court's orders filed December 20, 2006, and January 11, 2007, dismissing appellant's case for failure to prosecute and denying reconsideration of the dismissal order be vacated and the case be remanded so the district court may address appellant's arguments that:  (1) the case was inactive because her third motion for reconsideration of her application to proceed in forma pauperis was still pending and had not been denied, and (2) she never received notice of the court's minute order to show cause.  See Gardner v. United States, 211 F.3d. 1305, 1308-09 (D.C. Cir. 2000); Bristol Petroleum Corp. v. Harris, 901 F.2d 165, 167 (D.C. Cir. 1990).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**